No. 207. THE COUNTY OF SIOUX, NEBRASKA, PLAINTIFF IN ERROR, v. NEWTON RULE. In error to the Supreme Court of the State of Nebraska. Submitted January 20, 1916. Decided January 24, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. Allen G. Fisher* for the plaintiff in error. *Mr. Albert W. Crites* for the defendant in error.

---

No. 343. JOHN H. STROSNIDER, APPELLANT, v. EDMUND M. ALLEN, WARDEN, ETC. Appeal from the District Court of the United States for the Northern District of Illinois. Motion to dismiss or affirm submitted January 17, 1916. Decided January 24, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of *Urquhart* v. *Brown*, 205 U. S. 179; *Ex parte Spencer*, 228 U. S. 652, 659–661; *Frank* v. *Mangum*, 237 U. S. 309, 328, 329. *Mr. Benjamin C. Bachrach* for the appellant. *Mr. Patrick J. Lucey* and *Mr. Lester H. Strawn* for the appellee.